Samuel K. Giles
*Pro Se* Plaintiff
3160 W. 71st Avenue, Apt. 307
WESTMINSTER, COLORADO 80030
(419) 699-5600

U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO

SAMUEL K. GILES,

*Plaintiff,*

v.

UNIVERSITY OF COLORADO BOULDER through its Board, BOARD OF REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

SUZANNE CLASSEN, an agent of the UNIVERSITY OF COLORADO BOULDER in her individual capacity,

LINDA STARKEY, an agent of the UNIVERSITY OF COLORADO BOULDER in her individual capacity,

LINDY STEIN, an agent of the UNIVERSITY OF COLORADO BOULDER in her individual capacity; and

EMILY JENSIK, an agent of the COLORADO HOUSING & FINANCE AUTHORITY in her individual capacity,

*Defendants.*

CASE No. 1:17-cv-02697-MEH

NOTICE OF VOLUNTARY DISMISSAL FOR THIS ENTIRE CASE

# NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Plaintiff, Samuel K. Giles, in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Colorado Rule of Civil Procedure 41(a)(1)(A), I voluntarily dismiss this entire case. Such dismissal shall be WITHOUT prejudice, with each side to bear its own costs and fees.

SAMUEL K. GILES

*/s/ Samuel K. Giles*

3160 W. 71st Avenue, Apt. 307
Westminster, Colorado 80030
(419) 699-5600
samuel.giles@colorado.edu
*Pro Se* Litigant

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2018, I will cause the foregoing I served the foregoing Notice of Voluntary Dismissal to be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Mark G. Grueskin — Via CM/ECF
Heather R. Hanneman
Recht Kornfeld, P.C.
1600 Stout Street, Suite 1000
Denver, Colorado 80202

David Temple — Via CM/ECF
Office of University Counsel
1800 Grant Street, Suite 700
Denver, Colorado 80203

SAMUEL K. GILES

*/s/ Samuel K. Giles*